FILED: September 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4214
(2:17-cr-00015-JPB-MJA-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ROCKY DOUGLAS IDLEMAN

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Agee, Judge Floyd, and Senior Judge Traxler.

        For the Court

        /s/ Patricia S. Connor, Clerk